UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Martha and Bartholomew Ramos, Individually, and as parents And natural guardians of Estevan Ramos,

Plaintiffs,

vs.

Mark D. Ahlquist, M.D. and Prairie Family Practice Of Renville County, P.A.,

Defendants.

Civil No. 00-2393 DSD/JMM

STIPULATION TO AMEND COMPLAINT AND SCHEDULING ORDER and ORDER

WHEREAS, plaintiffs in the above-entitled medical malpractice case have determined the need to add additional defendants to this lawsuit, namely, Karl A. Brown, M.D. and Ear, Nose & Throat Specialty Care of Minnesota, P.A., and

WHEREAS, plaintiffs can either proceed by amendment to the present action or commence a separate medical malpractice claim against the two new parties; and

WHEREAS, defendants agree that plaintiffs may amend the present action to add the new parties, and agree that an amendment of the Pre-Trial Scheduling Order is necessary.

FILED APR 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW, THEREFORE, the parties, through their undersigned attorneys, agree that the Pre-Trial Scheduling Order deadline for amendments to the Complaint and to add new parties should be extended to April 15, 2001, and further stipulate that, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, plaintiffs may amend their Complaint to add claims against Karl A. Brown, M.D. and Ear, Nose & Throat Specialty Care of Minnesota, P.A.

Dated: 3/28/01

Mark N. Stageberg
Attorney I.D. 104280
5101 Thimsen Ave., #201
Minnetonka, MN 55345
Telephone: 952/470-5242
Attorney for Plaintiff

MEAGHER & GEER

Dated: 3-26-01

JAMES F. ROEGGE
Attorney I.D. No.92678
4200 Multifoods Tower
Minneapolis, MN 55402
Telephone: 612/338-0661
Attorney for Defendants
Mark D. Ahlquist, M.D.
and Prairie Family
Practice Clinic

ORDER

Pursuant to the above Stipulation of the parties, the Pre-Trial Scheduling Order is amended to allow until April 15, 2001 for the service of an Amended Complaint. No ruling is made with respect to any [illegible] issues.

John M. Mason
United States Magistrate Judge