UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARTHA RAMOS and
BARTHOLOMEW RAMOS,
individually and as parents and
natural guardians of Estevan Ramos,

CIVIL NO. 00-2393 (DSD/JMM)

Plaintiffs,

v.

MARK D. AHLQUIST, M.D., PRAIRIE
FAMILY PRACTICE OF RENVILLE
COUNTY, P.A., CARL A. BROWN, M.D.
and EAR, NOSE & THROAT SPECIALTY
CARE OF MINNESOTA, P.A.,

Defendants.

**AMENDED** ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on **February 15, 2002 at 1:00 p.m.** in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Counsel who will actually try the case shall be present. Each party shall also be present. A duly authorized officer or managing agent of Defendants shall be present. If an insurance company is involved, the responsible agent must be present. See 28 U.S.C. § 473(b)(5); Rule 16(c) of the Federal Rules of Civil Procedure; and Local Rule 16.1(c). Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Trial counsel shall meet in person with one another on or before **February 8, 2002** to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney shall deliver to chambers on or before **February 12, 2002**, a letter which shall include (1) a concise analysis of each remaining liability issue, with citations to relevant authority; (2) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (3) a statement of the parties' respective settlement positions at the conclusion of the meeting, as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

Dated: February 5, 2002

JOHN M. MASON
United States Magistrate Judge

FILED FEB 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK