UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARTHA RAMOS and
BARTHOLOMEW RAMOS,
individually and as parents and
natural guardians of Estevan Ramos,

CIVIL NO. 00-2393 (DSD/JMM)

Plaintiffs,

v.

MARK D. AHLQUIST, M.D., PRAIRIE
FAMILY PRACTICE OF RENVILLE
COUNTY, P.A., CARL A. BROWN, M.D.
and EAR, NOSE & THROAT SPECIALTY
CARE OF MINNESOTA, P.A.,

Defendants.

**FINAL** ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on **March 28, 2002 at 10:30 a.m.** in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason. Trial counsel shall meet in person with one another before the conference to seek to achieve an agreement to resolve this dispute.

Counsel who will actually try the case shall be present. Each Defendant and the attorney for each Defendant and each insurance company shall also be present. A duly authorized officer or managing agent of Defendants shall be present. If an insurance company is involved, the responsible agent must be present. See 28 U.S.C. § 473(b)(5); Rule 16(c) of the Federal Rules of Civil Procedure; and Local Rule 16.1(c). Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Dated: March 25, 2002

JOHN M. MASON
United States Magistrate Judge

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK