UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Martha and Bartholomew Ramos, Individually, and as parents and natural guardians of Estevan Ramos,

Plaintiffs,

v.

Mark D. Ahlquist, M.D. and Prairie Family Practice of Renville County, P.A., Carl A. Brown, M.D. and Ear, Nose & Throat Specialty Care of Minnesota, P.A.,

Defendants.

Court File No. 00-2393 (DSD/JMM)

**ORDER**

**ORDER FOR DISMISSAL**

Based upon plaintiffs' voluntary dismissal and defendants' motion to have defendants, Mark D. Ahlquist, M.D. and Prairie Family Practice of Renville County, P.A., dismissed with prejudice pursuant to the signed stipulation of dismissal, and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed only against Mark D. Ahlquist, M.D. and Prairie Family Practice of Renville County, P.A., with prejudice and on the merits, without any payment on behalf of Mark D. Ahlquist, M.D. or Prairie Family Practice of Renville County, P.A., and without further costs to any of the parties hereto. Pursuant to Federal Rule 54(b) there is no just reason for delay of entry of judgment in favor of Mark D. Ahlquist, M.D. and Prairie Family Practice of Renville County, P.A

LET JUDGMENT BE ENTERED ACCORDINGLY.

FILED 3-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-28-02
DEPUTY CLERK

BY THE COURT:

Honorable David S. Doty
United States District Court Judge

Dated this 28 day of March, 2002.