**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Martha and Bartholomew Ramos, Individually, and as parents and natural guardians of Estevan Ramos,

Plaintiffs,

vs.

Mark D. Ahlquist, M.D. and Prairie Family Practice of Renville County, P.A., Carl A. Brown, M.D. and Ear, Nose & Throat Specialty Care of Minnesota, P.A.,

Defendants.

Civil No. 00-CV-2393 (DSD/JMM)

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

Mark N. Stageberg #104280
ATTORNEY AT LAW
Attorneys for Plaintiffs
5101 Thimsen Avenue, Suite 201
Minnetonka, Minnesota 55345
Telephone: (952) 470-5242

Barry G. Vermeer #122646
GISLASON & HUNTER LLP
Attorneys for Defendant Carl A. Brown, M.D. and Ear, Nose & Throat Specialty Care of Minnesota, P.A.,
Suite 215E
9900 Bren Road East
P. O. Box 5297
Minnetonka, Minnesota 55343-2297
Telephone: (952) 933-9900

FILED 6-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 6-21-02
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

DATED: June 20, 2002

BY THE COURT:

Judge of District Court

MPLIB:90782.1